**COURT, COUNTY OF**

United States District Court, Southern District of New York

| | |
|---|---|
| CHRISTOPHER SANABRIA  Plaintiff(s) | Index No. 07-CV-4168 |
| against | File No. |
| THE CITY OF NEW YORK, ET AL  Defendant(s) | **AFFIDAVIT OF SERVICE** |

State of New York, County of Nassau ss:

HARRY TORRES being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides at SUFFOLK

That on 06/01/2007 at 10:35 AM at 100 CHURCH ST NEW YORK, NY 10007

deponent served the within Summons in a Civil Action & Complaint

on THE NEW YORK CITY POLICE DEPARTMENT

defendant(s) therein named.

**INDIVIDUAL**
1. ☐ by delivering a true copy of each to said defendant(s) personally: deponent knew the person(s) so served to be the person(s) as said defendant(s) therein.

**CORPORATION**
2. ☒ a MUNICIPAL corporation(s), defendant(s), therein named, by delivering and leaving with MADELYN SANTANA/CLERK/AUTH TO ACCEPT of said corporation(s) a true copy thereof deponent further knew the said individual(s) to be the managing agent.

**SUITABLE AGE PERSON**
3. ☐ by delivering thereat a true copy(ies) of each to a person of suitable age and discretion. Said premises is defendant's – actual place of business – dwelling house – usual place of abode – within the state.

**AFFIXING TO DOOR, ETC.**
4. ☐ by affixing a true copy of each to the door of said premises which is defendant's – actual place of business – dwelling house – usual place of abode – within the state. Deponent was unable, with due diligence to find defendant(s) or person(s) of suitable age and discretion, thereat, having called there:

**MAILING USE WITH 3 or 4**
☐ Deponent also mailed a copy of same Post Paid by first class mail properly addressed to defendant(s) at the aforementioned address in an envelope marked "Personal and Confidential" and not indicating thereon that the communication was from an attorney or concerned an action against the defendant(s) and deposited said envelope in a post office  official depository under exclusive care and custody of the United States Postal Service within New York State, on

**APPROXIMATE DESCRIPTION**
☒ Sex female Color brown Hair black Approx. Ht. 5'3" Aprox. Wt. 120 Aprox. Age 35

**MILITARY SERVICE**
☐ I asked the person spoken to whether defendant(s) was/were in active military service of the United States in any capacity whatever. Person answered in the negative. The source of my informationm and the grounds of my belief are the conversations narrated.

Upon information and belief I aver that the defendant is not in the military service of the United States as that term is defined in the Federal statutes.

Sworn to before me on 06/04/2007

SAMUEL Z. BERG
Notary Public, State of New York
No. 6054268
Qualified in Nassau County
Commission Expires January 29, 20__

DAVID S. BERG
Notary Public, State of New York
No. 5009508
Qualified in Nassau County
Commission Expires March 15, 20__

HARRY TORRES
License No. 0915257