# ORLOW, ORLOW & ORLOW, P.C.

PRACTICE LIMITED TO
PERSONAL INJURY - NEGLIGENCE

STEVEN S. ORLOW
BRIAN S. ORLOW
ADAM M. ORLOW

71-18 Main Street
Flushing, NY 11367

(718)544-4100
(718)544-6485 fax
email: hiorlo@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 3 2007

June 8, 2007

Hon. Laura Taylor Swain,
U.S. District Judge
U.S. District Court Southern District
500 Pearl Street
New York, NY 10007

**Re: Christopher Sanabria**
**07 cv 04168-LTS**

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Dear Judge Swain:

We are hereby requesting that the date of the pre-trial conference just ordered in the above noted matter be changed to a different date.

The reason for this request is that September 21, 2007 is the eve of Yom Kippur, a Jewish Holy Day. As a point of information, Jewish Holy Days start on the evening before, i.e. Yom Kippur begins on the evening of September 21, 2007. For those of the Jewish faith that are observant, as is the case in our office, there are significant preparations that are required prior to the observance of this holy day.

We would also like to inform the Court of other Jewish Holy Days since they occur with quite some frequency at this time of the year:
   **Jewish New Year (Rosh Hashonah) is September 13th & 14th.**
   **Sukkos (Tabernacle) is September 27th & 28th and October 4th & 5th**

Once again, we respectfully draw your attention to the fact that Jewish Holy Days begin on the evening before which makes afternoon appearances extremely difficult.

Your courtesies and cooperation and understanding of our situation is deeply appreciated.

Yours truly,

_____s/_____

STEVEN S. ORLOW

SSO:jh

The pretrial conference is adjourned to October 26, 2007, at 10AM and the related deadlines are modified accordingly.
SO ORDERED. 6/13/2007

LAURA TAYLOR SWAIN U.S.D.J.