# ORLOW, ORLOW & ORLOW, P.C.
## —Attorneys at Law—

PRACTICE LIMITED TO
PERSONAL INJURY - NEGLIGENCE

STEVEN S. ORLOW
BRIAN S. ORLOW
ADAM M. ORLOW

71-18 Main Street
Flushing, NY 11367

(718)544-4100
(718)544-6485 fax
email: hiorlo@aol.com

June 19, 2007

Michael A. Cardozo, Esq.
Corporation Counsel
Law Department
100 Church Street
New York, NY 10007

**Re: Christopher Sanabria v CNY**
       **07 cv 04168-LTS**

Dear Sir/Madam:

    Enclosed please find an Order adjourning the conference previously scheduled for September 21, 2007. The new date, assigned by Laura Taylor Swain, U.S.D.J., is October 26, 2007 at 10 A.M. Please mark your calendar accordingly.

    Thank you for your cooperation herein.

Yours truly,

*Judith Hahn*

JUDITH HAHN

JH:ym

Enc.

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF NEW YORK)
                )ss:
COUNTY OF QUEENS )

MARITZA ACOSTA being duly sworn, deposes and says, that deponent is not party to the action, is over 18 years of age and resides at Nassau, New York.

That on June 19, 2007 deponent served the within **ORDER** upon:

MICHAEL A. CARDOZO, ESQ.
Corporation Counsel
Attorney(s) for Defendant(s)
100 Church Street
New York, NY 10007
**Re: Christopher Sanabria v CNY
   07 cv 04168-LTS**

attorneys for that purpose by depositing a true copy of same enclosed in a post paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Sworn to before me this             _____/s/_____
19th day of June, 2007                   MARITZA ACOSTA


_____
       NOTARY PUBLIC