

THE CITY OF NEW YORK

MICHAEL A. CARDOZO
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

SHAWN D. FABIAN
Assistant Corporation Counsel
E-mail: shfabian@law.nyc.gov
Phone: (212) 788-0906
Fax: (212) 788-9776

October 4, 2007



**BY HAND**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Room 755
New York, New York 10007

Re:  Christopher Sanabria v. City of New York, et al. 07 Civ. 4168 (LTS)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing defendants City of New York and the New York City Police Department. I write to respectfully request an adjournment of the Pre-Trial Conference scheduled for October 26, 2007 at 10:00 a.m. to a later date convenient to the Court. Defendants have made no previous requests for an adjournment of this conference, and plaintiff consents to this request.

      The reason for this request is that I am scheduled to attend Practicing Law Institute's two-day Section 1983 Civil Rights Litigation CLE seminar on October 25, 2007 and October 26, 2007. Because this seminar focuses on my specific area of practice, the City of New York has already arranged for me to attend the entire seminar on both days.[1]

      I sincerely apologize for any inconvenience this may cause the Court.

---

[1] For the Court's information, I will also be on trial before the Honorable Shira A. Scheindlin on another matter during the week of November 5, 2007.

Thank you for your consideration herein.

Respectfully submitted,

*[signature]*

Shawn D. Fabian (SF4606)
Assistant Corporation Counsel
Special Federal Litigation Division

cc:   Adam Orlow, Esq. (By First Class Mail)
      Orlow, Orlow & Orlow, P.C.
      Attorneys for Plaintiff
      71-18 Main Street
      Flushing, New York 11367

The conference is adjourned to November 1, 2007 at 3pm.

SO ORDERED.

*[signature]* 10/9/07

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

2