UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------x

CHRISTOPHER SANABRIA,

      Plaintiff,

-v-

THE CITY OF NEW YORK, et al.,

      Defendants.

----------------------------------------------x

LAURA TAYLOR SWAIN, District Judge:

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 3 1 2007
```

No. 07 Civ. 4168 (LTS)(THK)

CONSENT TO PROCEED
BEFORE A MAGISTRATE JUDGE

      IT IS HEREBY STIPULATED by the undersigned:

      1.    All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

      2.    Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

_____
Attorney(s) for Plaintiff(s)
Address
Telephone

SHAWN D. FABIAN
_____
Attorney(s) for Defendant(s)
Address 100 Church St, NY, NY
Telephone 212-788-0906

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b)).

SO ORDERED:

Dated: New York, New York

_____
LAURA TAYLOR SWAIN
United States District Judge

Magistrate _____ was assigned this case on _____, 200_.

For: Clerk U.S.D.C. S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CHRISTOPHER SANABRIA,

       Plaintiff,

-v-                                       No. 07 Civ. 4168 (LTS)(THK)

THE CITY OF NEW YORK, et al.,          CONSENT TO PROCEED
                                                  BEFORE A MAGISTRATE JUDGE
       Defendants.

------------------------------------------------------------X

LAURA TAYLOR SWAIN, District Judge:

      IT IS HEREBY STIPULATED by the undersigned:

      1.     All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

      2.     Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

_____            _____
Attorney(s) for Plaintiff(s)                          Attorney(s) for Defendant(s)
Address 71-18 Main Street, Flushing, NY 11367      Address
Telephone 718-544-4100                          Telephone

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b)).

SO ORDERED:

Dated: New York, New York
      10/31/07

                                                          _____
                                                          LAURA TAYLOR SWAIN
                                                         United States District Judge

Magistrate Theodore H Katz was assigned this case on May 29, 2007.

                                                          _____
                                                         For: Clerk U.S.D.C. S.D.N.Y.