```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CHRISTOPHER SANABRIA,               :
                                    :
                    Plaintiff,      :
                                    :    07 Civ. 4168 (THK)
        -against-                   :
                                    :    SCHEDULING ORDER
City of New York,                   :
                                    :
                    Defendant.      :
------------------------------------X
```

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

The parties having consented to trial before this Court pursuant to 28 U.S.C. §636(c); it is hereby ORDERED:

1. Plaintiff is granted leave to amend the Complaint. The Amended Complaint shall be filed by no later than January 22, 2008.

2. The parties shall appear for a settlement conference on March 27, 2008, at 10:00 A.M., in Courtroom 17D. The parties shall discuss settlement in advance of the conference, and shall come with authority to settle.

3. All fact discovery shall be completed by May 30, 2008.

4. Expert Reports shall be exchanged by June 27, 2008. All Expert Discovery shall be completed by July 22, 2008.

5. A Joint Pre-Trial Order shall be submitted by the parties on or before August 22, 2008.

6. Motions in limine, Proposed Jury Instructions, and Proposed Questions for Voir Dire shall be submitted by September 5, 2008.

7. The following rules shall govern all pretrial activity in

1

this case:

If any discovery disputes arise during this case, the parties must make a good faith effort to resolve them. If disputes cannot be resolved, they should be brought to the Court's attention by letter. This letter should be brief and to the point so as to allow for expeditious resolution of discovery disputes without the need for formal motions. A responsive letter should be submitted within three days. Failure to bring disputes to my attention promptly and in advance of the discovery deadline will result in a waiver of remedies as to such disputes.

Telephonic applications will be entertained only where disputes arise in the course of depositions or in genuine emergencies. In all other cases, applications must be made by letter to my chambers. If the application is for an extension of time, the letter-application (indicating whether all parties consent) must be delivered to my chambers at least ten days prior to the original due date.

Papers filed with the Court should be marked "Referred to Magistrate Judge Katz." The Clerk of the Court and my chambers must be advised of any change of address or telephone number.

SO ORDERED.

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Dated: January 9, 2008
       New York, New York