## ORLOW, ORLOW & ORLOW, P.C.



PRACTICE LIMITED TO
PERSONAL INJURY – NEGLIGENCE

STEVEN S. ORLOW
BRIAN S. ORLOW
ADAM M. ORLOW

71-18 Main Street
Flushing, NY 11567

(718)544-4100
(718)544-6485 fax
email: bsorlo@aol.com
www.orlowlaw.com

February 4, 2008

Honorable Magistrate Theodore Katz
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/08
```

Re: **Sanabria v. City of New York, et al. 07 civ. 4168(THK)**

Dear Magistrate Katz:

In your recent discovery order, plaintiff was granted leave to amend his complaint in order to name the individual police officers as defendants. As per your order, the Amended Complaint was to have been filed by no later than January 22, 2008. Unfortunately, to my great displeasure and despite my specific instructions, I have recently been informed by the service company I used, that they did not attempt to file the Amended Complaint until sometime after that date, and, based upon your order the Clerk rightfully refused to accept it. Therefore, I am writing to respectfully ask the court for an extension of time for the plaintiff to file his Amended Complaint in order to add the individual police officers as defendants to this case.

Respectfully submitted,

ADAM M. ORLOW

AMO:st

cc: Shawn Fabian
    NYC Law Department
    100 Church Street
    New York, NY 10007

*The Amended Complaint shall be filed by February 15, 2008*

2/6/08   **SO ORDERED**

THEODORE KATZ
UNITED STATES MAGISTRATE JUDGE