

| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | SHAWN D. FABIAN<br>Assistant Corporation Counsel<br>E-mail: shfabian@law.nyc.gov<br>Phone: (212) 788-0906<br>Fax: (212) 788-9776 |

March 25, 2008

**BY FAX (212) 805-7932**
Honorable Theodore H. Katz
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/0_

Re:   Christopher Sanabria v. City of New York, et al., 07 Civ. 4168 (THK)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing defendants City of New York and the New York City Police Department in the above-referenced matter. I write to respectfully request at least a thirty day adjournment of the Settlement Conference currently scheduled for March 27, 2008 at 10:00 a.m. Defendants have made no previous requests for an adjournment of this conference, and plaintiff's counsel, Adam M. Orlow, Esq., consents to this request.

In his complaint, plaintiff claims that excessive force was used against him, that he was falsely arrested and that he was maliciously prosecuted. With regard to plaintiff's excessive force claim, plaintiff alleges that he sustained significant bruising, was tased multiple times, and sustained a tear of his lateral meniscus of his right knee. Plaintiff alleges that he sought treatment at three medical facilities. The reason for this request for adjournment is that while defendants are in receipt of plaintiff's medical records from Metropolitan Hospital, this office awaits receipt of plaintiff's medical records from New York University Downtown Hospital and Med-Alliance Medical Health Services. It is essential that defendants obtain and review plaintiff's medical records from these facilities prior to engaging in meaningful settlement negotiations.

Accordingly, defendants respectfully request at least a thirty day adjournment of the Settlement Conference currently scheduled for March 27, 2008 at 10:00 a.m.

Thank you for your consideration herein.

Respectfully submitted,

Shawn D. Fabian (SF4606)
Assistant Corporation Counsel
Special Federal Litigation Division

cc: Adam M. Orlow, Esq. (By First Class Mail)
Orlow, Orlow & Orlow, P.C.
*Attorneys for Plaintiff*
71-18 Main Street
Flushing, New York 11367

*The conference is adjourned to May 6, 2008 at 10:00 A.M.*

3/26/07   **SO ORDERED**

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

2