USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CHRISTOPHER SANABRIA,

              Plaintiff,    :    07 Civ. 04168 (THK)

     -against-

CITY OF NEW YORK, et al,    :    **ORDER OF DISMISSAL**

             Defendants.
------------------------------------X

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

    The parties having consented to trial before me pursuant to 28 U.S.C. § 636(c); and having reached an agreement in principle to settle the action; it is hereby ordered that the action be dismissed with prejudice, subject to reopening within thirty days of this Order in the event that the terms of the settlement agreement are not consummated.

    SO ORDERED.

                                                _____
                                                THEODORE H. KATZ
                                                UNITED STATES MAGISTRATE JUDGE

Dated:    May 7, 2008
            New York, New York